NO. 17-CI-000816                                          JEFFERSON CIRCUIT COURT
DIVISION NINE (9)
JUDGE JUDITH MCDONALD BURKMAN

**ISAIAH JENKINS**                                                   **PLAINTIFF**

**v.**            <u>**DEFENDANT LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT'S NOTICE OF REMOVAL OF CIVIL ACTION TO U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE**</u>
*(electronically filed)*

**SCOTT BEATTY,** *ET AL.*                                      **DEFENDANTS**

\* \* \* \* \* \* \*

TO:    Daniel Canon
          David Ward
          Clay Daniel Walton & Adams, PLC
          462 South Fourth Street, Suite 101
          Louisville, KY 40202

Please take notice that the Notice of Removal and Petition for Removal, with exhibits, which are attached hereto, were filed in the U.S. District Court for the Western District of Kentucky at Louisville on March 13, 2017, by the Defendant and Louisville/Jefferson County Metro Government. Defendants Scott Beatty and Emily McKinley have not been served with this lawsuit.

        Respectfully submitted,

        MICHAEL J. O'CONNELL
        JEFFERSON COUNTY ATTORNEY


BY: /s/ Lisa A. Schweickart
     LISA A. SCHWEICKART
     PATRICK C.M. HOERTER
     FISCAL COURT BUILDING
     531 COURT PLACE, SUITE 900
     LOUISVILLE, KENTUCKY 40202
     (502) 574-4048

     COUNSEL FOR DEFENDANT
     LOUISVILLE/JEFFERSON COUNTY
     METRO GOVERNMENT

## **CERTIFICATE**

I hereby certify that a copy hereof was served electronically (eFiling) on March 13th, 2017 to David Ward and Daniel Canon.


        /s/ Lisa A. Schweickart
        LISA A. SCHWEICKART